

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00107-CR

BRANDON LEE LEATHERWOOD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A19375-1212, Honorable Robert W. Kinkaid Jr., Presiding

August 11, 2014

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Brandon Lee Leatherwood, appealed a judgment revoking community supervision for the offense of driving while intoxicated with a child under fifteen years old, and sentencing him to eighteen months' incarceration in a State Jail Facility, and $500 fine. We will dismiss.

On July 21, 2014, appellant's counsel filed a motion to withdraw from representation of appellant on the basis that appellant no longer desires to appeal this

case. However, because the motion did not comply with the requirements of Texas Rule of Appellate Procedure 6.5 (Withdrawal) or 42.2 (Voluntary Dismissal in Criminal Cases), the motion was denied by order of this Court on July 29, 2014.

On August 1, 2014, appellant's counsel again filed a motion to withdraw from representation of appellant on the basis that appellant no longer desires to appeal this case. This motion does comply with the requirements of Texas Rule of Appellate Procedure 42.2. Because the basis of the motion is that appellant no longer desires to appeal this case, we construe the motion to be a motion to dismiss. Further, since the motion complies with the requisites of the Rule, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.

2